

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-24-2009

# USA v. Terpack

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-1329

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"USA v. Terpack" (2009). *2009 Decisions.* Paper 1706.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/1706

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 17, 2009

No. 07-1329

UNITED STATES OF AMERICA

v.

WALTER M. TERPACK,

Appellant.

(D.C.N.J. No. 05-cr-00877)

Present: SLOVITER, BARRY and ROTH, Circuit Judges

Motion by Appellee to Amend Opinion Entered on 3/11/09.

/s/ Tina Koperna
Case Manager (267)299-4930

**O R D E R**

**The foregoing** motion is **granted** and the **Opinion is amended,** as follows:

**On Page 2, four lines down, change the sentence to read**:

The Court, however, determined that because Terpack entered a guilty plea to receipt of images of child pornography under 18 U.S.C. § 2252A(a)(2) and to the lesser included offense of possession of the same images under 18 U.S.C. §2252A(a)(5)(B), the entry of separate convictions for the same offense contravened the double jeopardy clause.

**By the Court,**

/s/ JANE R. ROTH
**Circuit Judge**

Dated: March 24, 2009
tmk/cc: Sabrina G. Comizzoli, Esq.
George S. Leone, Esq.
John F. Romano, Esq.
Joseph R. Rubino, Esq.